IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV110 |
| | ) | |
| v. | ) | |
| | ) | |
| $48,100.00 IN UNITED STATES CURRENCY, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

Counsel for the parties filed a Report of Parties' Rule 26(f) Planning Conference Report on July 6, 2010 (Filing No 16). Counsel believe that the case can be resolved and has asked the court to delay the progression order for sixty days.

IT IS THEREFORE ORDERED that on or before September 9, 2010, the parties shall either file a joint motion for dismissal of this action, or an abbreviated Rule 26(f) report (a copy of which is attached) reflecting the parties' proposed plan for progression of this case to trial.

DATED this 7th day of July, 2010.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| , | ) |
|---|---|
| Plaintiff, | ) |
| V. | ) **RULE 26(F) REPORT** |
| , | ) |
| Defendant. | ) |

The following attorneys conferred to prepare the Report of Parties' Planning Conference:

    For the Plaintiff:

    For the Defendant:

The parties discussed the case and jointly make the following report:

A.     Motions to amend the pleadings or to add parties shall be filed by _____.
    **Note**: The parties may agree on separate dates for plaintiff(s) and defendant(s).

B.     Experts and, unless otherwise agreed, expert reports shall be served by _____.
    **Note**: The parties may agree on separate dates for plaintiff(s) and defendant(s).

C.     Discovery, including depositions, will be completed by _____.

D.     Motions to dismiss, motions for summary judgment, or motions to exclude expert testimony on *Daubert* and related grounds will be filed by _____.

E.     Other matters to which the parties stipulate and/or which the court should know or consider: _____.

F.     This case will be ready for trial before the court by: (month, year). The anticipated length of trial is _____ days.

    Dated:_____

_____      _____
Counsel for Plaintiff(s)                                Counsel for Defendant(s)