IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV110 |
| | ) | |
| v. | ) | |
| | ) | AMENDED PROGRESSION ORDER |
| $48,100.00 IN UNITED STATES CURRENCY, | ) ) | |
| | ) | |
| Defendant. | ) | |

The defendant's unopposed Motion to Modify the Progression Order (filing no. 25), is granted, and the progression schedule is modified as follows:

a. A nonjury trial is set to commence on **July 26, 2011** before the undersigned magistrate judge. No more than one day is allocated for the trial of this case.

b. The Pretrial Conference will be held before the undersigned magistrate judge on July 14, 2011 at 10:00 a.m. by WebEx conferencing. To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on July 13, 2011. An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx.

c. The discovery and deposition deadline is May 31, 2011. Motions to compel discovery must be filed at least 15 days prior to the discovery and deposition deadline.

d. The deadline for filing motions to dismiss, motions for summary judgment or motions to exclude expert testimony on *Daubert* and related grounds is April 30, 2011.

April 1, 2011                              BY THE COURT:

                                           s/ *Cheryl R. Zwart*
                                           United States Magistrate Judge