IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV110 |
| | ) | |
| v. | ) | |
| | ) | |
| $48,100.00 IN UNITED STATES CURRENCY, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

The government has moved to continue the trial currently set for January 26, 2012, The defendant does not oppose the requested continuance. The Court finds government's oral motion will be granted.

IT IS ORDERED:

1) The government's oral motion to continue is granted.

2) The non-jury trial of this case is set to commence before the undersigned at 9:00 a.m. on April 4, 2012 for a duration of one trial day.

DATED this 24th day of January, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge