IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:10CV110 |
| v. | ) | |
| $48,100.00 IN UNITED STATES CURRENCY, | ) | ORDER |
| Defendant. | ) | |

The government has moved to continue the trial currently set for April 4, 2012. The defendant does not oppose the requested continuance. The Court finds government's oral motion will be granted.

IT IS ORDERED:

1) The government's oral motion to continue is granted.

2) The non-jury trial of this case is set to commence before the undersigned at 9:00 a.m. on June 15, 2012 for a duration of one trial day.

DATED this 3rd day of April, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge