IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>$48,100.00 IN UNITED STATES CURRENCY,<br><br>    Defendant. | 8:10CV110<br><br>MEMORANDUM AND ORDER |

IT IS ORDERED:

1) The motion to continue trial, (filing no. 45), is granted.

2) The non-jury trial of this case is set to commence before Cheryl R. Zwart, United States Magistrate Judge, in Courtroom 2, United States Courthouse, Lincoln, Nebraska at 9:00 a.m. on **August 20, 2012**, for a duration of one trial day.

3) The one-day trial of this case, originally set to commence on April 19, 2011, has been continued eight times. The trial will not be continued again, and if a different date is needed to accommodate the parties' calendars, only an earlier trial setting will be considered.

July 21, 2012.

                 BY THE COURT:

                 *s/ Cheryl R. Zwart*
                 United States Magistrate Judge