IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>$48,100.00 IN UNITED STATES CURRENCY,<br><br>             Defendant. | 8:10CV110<br><br>**ORDER** |

      This matter is before the court on Claimant, John R. Nelson's motion for an extension of thirty (30) days in which he may file a Notice of Appeal in this case. The Claimant represents the plaintiff, United States of America, has no objection to his requested extension.

      IT IS ORDERED, pursuant to Fed. R. App. P. 4(a)(5), Claimant's motion for an extension of time, (Filing No. 64) is granted. Claimants Notice of Appeal shall be filed on or before April 17, 2013.

      Dated this 19th day of March, 2013.

                                                                        BY THE COURT:

                                                                        *s/ Cheryl R. Zwart*
                                                                        United States Magistrate Judge