IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>$48,100.00 IN UNITED STATES CURRENCY,<br><br>        Defendant. | 8:10CV110<br><br>**ORDER AND JUDGMENT** |

This matter is before the court on remand from the Eighth Circuit Court of Appeals. (Filing No. 72 & Filing No. 75). Pursuant to instructions from the Court of Appeals, judgment is entered in favor of claimant John R. Nelson and against the United States of America.

IT IS ORDERED:

1) This action is dismissed with prejudice.

2) The United States government shall return $48,100.00 in United States currency or the equivalent in a check, plus legal interest measured since October 19, 2009, to the claimant John R. Nelson.

Dated this 2nd day of September, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge