IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>$48,100.00 IN UNITED STATES CURRENCY,<br><br>        Defendant. | **8:10CV110**<br><br>**ORDER** |

IT IS ORDERED:

The motion to permit Patrick Cavanaugh Brennan for leave to withdraw as counsel for Claimant, John R. Nelson, (filing no. 83), is granted.

February 9, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge