IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>$48,100.00 IN UNITED STATES CURRENCY,<br><br>　　　　　　Defendant. | 8:10CV110<br><br>**ORDER** |

IT IS ORDERED:

1)　　Claimant's Motion To Withdraw, (Filing No. 93), is granted.

2)　　The claimant's Motion/Brief for Order Compelling Timely Payment of Judgment, Award of Interest, and Civil Penalty for Untimely Payment (Filing No. 80), and his Motion to Amend Motion/Brief for Order Compelling Timely Payment of Judgment, Award of Interest, and Civil Penalty for Untimely Payment (Filing No. 81), are withdrawn.

March 13, 2015.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge